■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN MCBRIDE, Appellant. [670 NYS2d 112] —Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered April 5, 1995, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him, as a second violent felony offender, to a term of 7½ to 15 years, unanimously affirmed.

Defendant's challenges to the court's suppression ruling and to the weight and sufficiency of the evidence are similar to those we rejected on the codefendant's appeal (*People v McBride*, 242 AD2d 482), and we see no reason to reach a different determination here. Defendant's claim concerning the People's rebuttal evidence is without merit. We perceive no abuse of sentencing discretion. Concur—Rosenberger, J. P., Rubin, Williams, Tom and Saxe, JJ.

■ J. PETROCELLI CONTRACTING, INC., Appellant, v CITY OF NEW YORK, Respondent. [670 NYS2d 109] —Order and judgment (one paper), Supreme Court, New York County (Jane Solomon, J.), entered January 8, 1997, dismissing the complaint, unanimously affirmed, without costs.

We agree with the motion court that plaintiff subcontractor's claim against the City for its alleged failure to require procurement of a payment bond by the general contractor pursuant to State Finance Law § 137 sounds in tort, and that the failure to serve a timely notice of claim mandates dismissal (*see, Stanford Hgts. Fire Dist. v Town of Niskayuna*, 120 AD2d 878; *Davidson v Bronx Mun. Hosp.*, 64 NY2d 59). In view of the foregoing, it is unnecessary to consider the parties' other contentions. Concur—Rosenberger, J. P., Rubin, Williams, Tom and Saxe, JJ.